IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

     v.                                                                                     12-CR-311-A

KENNETH GRAHAM,

                  Defendant.

---

## NOTICE OF MOTION AND MOTION

**PLEASE TAKE NOTICE** that the United States of America, by its Attorney, William J. Hochul, Jr., United States Attorney for the Western District of New York, Robert C. Moscati, Assistant United States Attorney, of counsel, hereby moves this Court to compel defendant's prior counsel to provide an affidavit with respect to defendant's motion and for a concomitant extension of time in which to respond to defendant's motion for new trial.

    DATED:  Buffalo, New York, December 30, 2013.

                                              WILLIAM J. HOCHUL, JR.
                                              United States Attorney

                BY:    S/ROBERT C. MOSCATI
                          Assistant United States Attorney
                          United States Attorney's Office
                          Western District of New York
                          138 Delaware Avenue
                          Buffalo, New York 14202
                          716/843-5869
                          robert.c.moscati@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

   v.               12-CR-311-A

KENNETH GRAHAM,

     Defendant.

---

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2013, I electronically filed the foregoing **NOTICE OF MOTION AND MOTION** with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participant on this case:

  Robert Convissar, Esq.

          S/DIANE CARLSEN
          Legal Assistant